FRANK N. DARRAS #128904, fdarras@sbdelaw.com
LISSA A. MARTINEZ #206994, lmartinez@sbdelaw.com
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Telephone:   (909) 390-3770
Facsimile:    (909) 974-2121

Attorneys for Plaintiff

Luanne Sacks, Esq. # 120811, luanne.sacks@dlawpiper.com
Eliot R. Hudson, Esq. #66251, eliot.hudson@dlapiper.com;
John R. Hurley, Esq. #203641, john.hurley@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: (415) 836-2500
Facsimile:  (415) 836-2501

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CALKINS, f/n/a PATRICIA OETMAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>BANKERS LIFE AND CASUALTY COMPANY,<br><br>        Defendant, | Case No.: 2:08-CV-02205 FCD-DAD<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT<br><br><br>Date Action Filed:  July 25, 2008<br>Trial Date:   Not set |

    TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN AND

THEIR ATTORNEYS OF RECORD:

1

Plaintiff PATRICIA CALKINS, f/n/a PATRICIA OETMAN (hereinafter "Calkins") and Defendant BANKERS LIFE AND CASUALTY COMPANY (hereinafter "Bankers"), by and through their respective counsel of record, hereby stipulate and respectfully request that the date to file the Joint Status Report regarding this action be continued for forty-five (45) days.  The date to file the Joint Status Report in this matter is presently scheduled for February 13, 2009.  In the Court's January 14, 2009 ruling on defendant Bankers' Motion to Dismiss, leave was granted for Plaintiff to file an amended complaint, which plaintiff filed on February 3, 2009.  Defendant Bankers' response to first amended complaint is now due on March 5, 2009.  The parties respectfully request a continuance of the time from February 13, 2009 to March 30, 2009, to complete the FRCP Rule 26(f) conference and prepare and file the Joint Status Report.

For all the stated reasons above, IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel of record, and it is respectfully requested that the Court permit and enter an Order to continue the time to file the Joint Status Report date currently set for February 13, 2009 to March 30, 2009.

DATED:  February 10, 2009             SHERNOFF BIDART DARRAS
                                      ECHEVERRIA, LLP

                                          /s/ Frank N. Darras
                                      FRANK N. DARRAS
                                      Attorneys for Plaintiff


DATED: February 10, 2009              DLA PIPER LLP (US)

                                          /s/ John r. Hurley
                                      LUANNE SACKS
                                      ELIOT R. HUDSON
                                      JOHN R. HURLEY
                                      Attorneys for Defendant

2

## <u>ORDER</u>

Pursuant to the stipulation of the parties and their respective counsel, IT IS HEREBY ORDERED that the date for the parties to file their Joint Status Report is extended to March 30, 2009.

**IT IS SO ORDERED.**

DATED: February 11, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT COURT