```
LUANNE SACKS (Bar No. 120811)
ELIOT R. HUDSON (Bar No. 66251)
JOHN R. HURLEY (Bar No. 203641)
DEBORAH E. MCCRIMMON (Bar No. 229769)
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA  94105
Tel:  415.836.2500
Fax:  415.836.2501
```

Attorneys for Defendant
BANKERS LIFE AND CASUALTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CALKINS, f/k/a PATRICIA OETMAN,<br><br>                    Plaintiff,<br><br>     v.<br><br>BANKERS LIFE AND CASUALTY CO.,<br><br>                    Defendant. | CASE NO.  2:08-CV-02205 FCD DAD<br><br>**STIPULATION AND ORDER CONTINUING DATE TO RESPOND TO FIRST AMENDED COMPLAINT** |

Plaintiff Patricia Calkins, f/n/a Patricia Oetman ("Plaintiff"), through her attorney of record, Frank N. Darras, and Defendant Bankers Life and Casualty Co. ("Defendant") (collectively, the "Parties"), through John R. Hurley who hereby appears as its attorney of record, hereby stipulate and seek an order as follows:

That the last day by when Defendant must respond to the First Amended Complaint filed by Plaintiff on February 3, 2009 be continued for two weeks, from March 5, 2009 until March 19, 2009.  The Parties request this continuation based on current settlement discussion between them which may obviate the need for future motion practice.

/ / /

/ / /

/ / /

Dated:  February 24, 2009           DLA PIPER LLP (US)


By   /s/  John R. Hurley
   JOHN R. HURLEY
   Attorney for Defendant
   BANKERS LIFE AND CASUALTY
   COMPANY

Dated:  February 24, 2009           SHERNOFF BIDART DARRAS ECHEVERRIA, LLP


By   /s/ Frank N. Darras
   FRANK N. DARRAS
   Attorney for Plaintiff
   PATRICIA CALKINS, f/n/a PATRICIA OETMAN


IT IS SO ORDERED that the last day for Defendant to respond to the First Amended Complaint be continued until March 19, 2009.

Dated:  February 24, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE