UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICIA CALKINS,

    Plaintiff,

    v.

BANKERS LIFE AND CASUALTY CO.,

    Defendant.
_____/

NO. 2:08-cv-2205 FCD DAD

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representation of the parties, in the above action, the court has determined that this case has settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before April 2, 2009. All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    **IT IS SO ORDERED**.

Dated: March 12, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE