FRANK N. DARRAS #128904, fdarras@sbdelaw.com
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone: (909) 390-3770
Facsimile: (909) 974-2121

Attorneys for Plaintiff

ELIOT R. HUDSON #66251, eliot.hudson@dlapiper.com
JOHN R. HURLEY #203641, john.hurley@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: (415) 836-2500
Facsimile: (415) 836-2501

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CALKINS, f/n/a PATRICIA OETMAN,<br><br>Plaintiff,<br><br>vs.<br><br>BANKERS LIFE AND CASUALTY COMPANY,<br><br>Defendant. | Case No.: 2:08-CV-02205 FCD-DAD<br><br>**STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff PATRICIA CALKINS, f/n/a PATRICIA OETMAN, and defendant BANKERS LIFE AND CASUALTY COMPANY, and their attorneys of record, that the parties have resolved this matter in its entirety.

/ / /

IT IS HEREBY AGREED that the complaint and any counterclaim on file herein shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated: April 2, 2009   SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

   /s/ Frank N. Darras
FRANK N. DARRAS
Attorneys for Plaintiff
PATRICIA CALKINS, f/n/a PATRICIA OETMAN

Dated: April 2, 2009   DLA PIPER LLP (US)

   /s/ John R. Hurley
ELIOT R. HUDSON
JOHN R. HURLEY
Attorneys for Defendant
BANKERS LIFE AND CASUALTY COMPANY

**IT IS SO ORDERED.**

Dated: April 2, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE